UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MCCARTHY JR., | No. C 05-04834 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| JO ANNE B. BARNHART, | |
| Defendant(s). | |

Pursuant to Civil L.R. 3-12 (c), this matter is hereby referred to the Honorable Bernard Zimmerman to determine if this action should be related to the earlier filed action C 97-0272 BZ *Charles M. McCarthy Jr -v- Shirley S. Chater.* Parties shall file any response in opposition to or support of relating these actions pursuant to Civil L.R. 3-12 (d) within ten (10) days of service of this order.

Dated: May 11, 2006

MARILYN HALL PATEL
United States District Judge