UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MCCARTHY JR.,<br><br>        Plaintiff(s),<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration,<br><br>        Defendant(s). | No.  C05-4834 MHP (BZ)<br><br>**SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that a status conference is scheduled for **Monday, June 19, 2006 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  On or before June 12, 2006, the parties shall file a joint status report.

Dated:  May 12, 2006

                                      Bernard Zimmerman
                          United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\STATUS.CONF.ORDER.wpd

1