KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES M. MCCARTHY JR, Plaintiffs, v. JO ANNE B. BARNHART, Commissioner of Social Security, Defendant. | CIVIL NO. 05-04834 MHP<br>NOTICE OF NON-OPPOSITION TO RELATING CASES AND REQUEST TO VACATE STATUS CONFERENCE; [PROPOSED] ORDER |
| CHARLES M. MCCARTHY JR, Plaintiff, v. SHIRLEY S. CHATER, Commissioner of Social Security, Defendant, | CIVIL NO. 97-00272 BZ<br>Hearing: June 19, 2006<br>Time: 4:00 p.m. |

1. Pursuant to the Court's May 11, 2006 Order in Case No. 05-04834 MHP and Civil Local Rule 3-12, Defendant hereby notifies the Court that the Defendant is not opposed to the above-captioned actions being related for the following reasons:

a. Both of the above-captioned cases involve the same Plaintiff and apparently the same issue.

b. Because the factual and legal issues presented by this case are based upon the same or very

similar facts, it is likely that there would be a duplication of labor if heard by different Judges. Assignment to a single Judge would conserve judicial resources and promote an efficient determination of the action.

2. Because there has been a Procedural Order For Social Security Review Actions (which suggest that Social Security Appeals proceed in court without oral argument) issued in both cases, Defendant requests that the status conference scheduled for Monday, June 19, 2006 at 4:00 p.m. before Magistrate Judge Zimmerman be vacated and the matter regarding whether the cases are related be submitted without oral argument.

3. Defendant has tried to contact Plaintiff's counsel by telephone and e-mail to determine Plaintiff's position on these issues. There has been no response.

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: May 26, 2006

By: /s/
SARA WINSLOW
Assistant United States Attorney

~~[PROPOSED] ORDER~~

~~The status conference scheduled for June 19, 2006 at 4:00 p.m. is hereby vacated.~~

~~IT IS SO ORDERED.~~

Dated: June 8, 2006

UNITED STATES DISTRICT COURT
DENIED
Judge Bernard Zimmerman
NORTHERN DISTRICT OF CALIFORNIA