UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MCCARTHY JR., <br><br> Plaintiff(s), <br><br> v. <br><br> JO ANNE B. BARNHART, Commissioner of Social Security Administration, <br><br> Defendant(s). | No. C05-4834 BZ <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** |

Following defendant's response and this court's Order Denying Motion Without Prejudice, **IT IS HEREBY ORDERED** that the Order to Show Cause, entered June 22, 2006, is **DISCHARGED.**

Dated: July 6, 2006

_Bernard Zimmerman_
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\DISCH.OSC.wpd

1