UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. MCCARTHY JR.,              )
                                      )
              Plaintiff(s),           )        No. C 05-4834 BZ
                                      )
         v.                           )        **ORDER SCHEDULING HEARING ON**
                                      )        **PLAINTIFF'S MOTION FOR**
JO ANNE B. BARNHART,                  )        **SERVICE**
Commissioner of Social                )
Security Administration,              )
                                      )
              Defendant(s).           )
_____)

        Having received plaintiff's motion for service of answer

and administrative record, **IT IS ORDERED** that defendant shall

file an opposition to such motion by **September 1, 2006** and

plaintiff shall file a reply, if any, by **September 8, 2006**.

If one is deemed necessary, a hearing on the motion will be

held on **September 13, 2006 at 10:00 a.m.** in Courtroom G, 15th

Floor, Federal Building, 450 Golden Gate Avenue, San

Francisco, California 94102.

Dated:  August 24, 2006

                            _____
                                      Bernard Zimmerman
                            United States Magistrate Judge