UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES M. MCCARTHY JR., | ) | |
| Plaintiff(s), | ) | No. C05-4834 BZ |
| v. | ) | **NOTICE OF TENTATIVE RULING** |
| SHIRLEY S. CHATER, | ) | |
| Defendant(s). | ) | |

Attached is a tentative ruling the court intends to enter, unless before January 31, 2007, a party files a written objection of up to three pages or a request for oral argument.

Dated: January 17, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\Notice of Tentatative Ruling.wpd

1