UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MCCARTHY JR., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> LINDA S. McMAHON, Acting ) <br> Commissioner of Social ) <br> Security Administration, ) <br> ) <br> Defendant(s). ) <br> _____ ) | No. C05-4834 BZ <br><br> **ORDER SCHEDULING HEARING** |

Having received defendant's objections to this Court's tentative remand order, **IT IS HEREBY ORDERED** that a hearing shall be held on **Wednesday, February 7, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any party wishing to appear telephonically at the hearing shall make arrangements with my Deputy Clerk, Lashanda Scott, **(415) 522-2015.**

Dated: February 1, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\SCHED.ORDER.wpd

1