UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES M. MCCARTHY JR., | ) | |
| Plaintiff(s), | ) | No. C05-4834 BZ |
| v. | ) | **REMAND ORDER** |
| LINDA S. McMAHON, Acting Commissioner of Social Security Administration, | ) | |
| Defendant(s). | ) | |

It is **HEREBY ORDERED** as follows:

1. This matter, bearing the numbers C97-0272 and C05-4834, is **REMANDED** to the defendant, Commissioner of Social Security, to conduct further proceedings in accordance with the opinion of the Ninth Circuit in <u>McCarthy v. Apfel</u>, 221 F.3d 1119 (9th Cir. 2000).

2. The ALJ's decision of February 27, 2004, made final by the Commissioner's notice of refusal to disturb the decision, dated September 28, 2005, is **VACATED** pending completion of the proceedings ordered in paragraph 1. The pending cross-motions for summary judgment based on that

1

decision are taken off calendar, and may be re-noticed following completion of the proceedings ordered in paragraph 1 should claimant wish to seek review of the Commissioner's actions.

3. The Commissioner shall expedite all further proceedings in this matter. Plaintiff and his counsel shall cooperate in bringing such proceedings to a fair and expeditious conclusion. In the event proceedings are not completed by **September 1, 2007**, the Commissioner shall file a report on the status of the proceedings and an estimate of when they will be completed.

Dated: February 7, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\FINAL.REMAND.ORDER.BZ VERSION.wpd

2