UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. MCCARTHY JR., | |
| Plaintiff(s), | No. C05-4834 BZ |
| v. | **ORDER TO SHOW CAUSE** |
| LINDA S. McMAHON, Acting Commissioner of Social Security Administration, | |
| Defendant(s). | |

By Order dated February 1, 2007, I scheduled a hearing on defendant's objections to my Tentative Remand Order to take place on February 7, 2007. In the scheduling order, I permitted either party to appear telephonically by making arrangements with my deputy clerk. Counsel for plaintiff, James Reyer, failed to make arrangements to appear telephonically and did not appear personally at the February 7 hearing. Nor did Mr. Reyer respond to phone calls placed by my staff.

By Order dated October 4, 2006, I had instructed Mr. Reyer to make all required appearances before the Court unless

1

properly excused.  In addition, defendant stated at the February 7 hearing that Mr. Reyer had not been responding to its phone calls and has not been including his bar number on his papers in violation of Local Civil Rule 3-4(a)(1).

For the reasons stated above, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. Mr. Reyer shall, by **March 2, 2007**, show cause in writing why I should not sanction or otherwise discipline him for repeatedly ignoring my orders by failing to make required appearances;

2. In his written response, Mr. Reyer shall submit his California bar number;

3. Mr. Reyer shall hereafter abide by Local Civil Rule 3-4 and all other applicable local rules.

4. If I determine a hearing is necessary, it shall be held on **Wednesday, March 21, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: February 8, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MCCARTHY\ORDER.SHOW.CAUSE.REYER.wpd